# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

DAVID M. WEBER,

    Plaintiff,

v.

    Case No. 2:16-CV-741
    CHIEF JUDGE EDMUND A. SARGUS, JR.
    Magistrate Judge Kimberly A. Jolson

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER

On June 1, 2017, Magistrate Judge Jolson issued a Report and Recommendation ("R&R") in this case. (ECF No. 19.) She recommended that Plaintiff's Statement of Specific Errors (ECF No. 17) be overruled and that the Court enter judgment in favor of Defendant, the Commissioner of Social Security. The R&R advised the parties that failure to object within fourteen days would result in a waiver of the right to review. The time period for objections has run and no party has objected. Accordingly, the R&R is **ADOPTED**, Mr. Weber's statement of errors is **OVERRULED**, and the Clerk is **DIRECTED** to enter judgment in favor of Defendant, the Commissioner of Social Security.

**IT IS SO ORDERED.**

6-19-2017
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE